**Rafael GONZALEZ–CAMPOS,
Petitioner/Appellant,**

v.

**DIRECTOR OF REVENUE,
Respondent.**

No. ED 102967

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: June 21, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
September 8, 2016

Chastidy Dillon–Amelung, John F. Newsham, 8000 Maryland Avenue, Suite 440, Clayton, MO 63105, for appellant.

Rachel M. Jones, P.O. Box 475, Jefferson City, MO 65105–0475, for respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

**ORDER**

PER CURIAM

The petitioner, Rafael Gonzalez–Campos, appeals the judgment of the Circuit Court of the City of St. Louis sustaining

the Director of Revenue's denial of his driving privilege for ten years as the result of more than two convictions for offenses relating to driving while intoxicated. Finding no error, we affirm.

An opinion would have no precedential value. We have provided the parties with a memorandum, for their information only, setting forth the reasons for this decision. We affirm the trial court's judgment. Rule 84.16(b).